**YOUNGER BROTHERS, Inc., v. Hugh AVANT.**

No. 2919.

Court of Civil Appeals of Texas. Beaumont.

March 19, 1936.

John T. Vance, of Edna, and Fulbright, Crooker & Freeman, of Houston, for appellant.

Sewall Myer and Lewis Fisher, both of Houston, for appellee.

WALKER, Chief Justice.

This appeal was filed in the Galveston Court of Civil Appeals and transferred to this court by orders of the Supreme Court.

This is a companion case with Younger Brothers, Inc., Appellant, v. Frank Power, Jr., Appellee, 92 S.W.(2d) 1147, wherein we have this day affirmed the judgment of the lower court.

For the reasons therein stated, the judgment of the lower court in this case is also affirmed.

**YOUNGER BROTHERS, Inc., v. Carolyn RIDLEY.**

No. 2920.

Court of Civil Appeals of Texas. Beaumont.

March 19, 1936.

John T. Vance, of Edna, and Fulbright, Crooker & Freeman, of Houston, for appellant.

Sewall Myer, of Houston, Rose & Sample, of Edna, and Lewis Fisher, of Houston, for appellee.

O'QUINN, Justice.

This case was appealed to the Galveston Court of Civil Appeals and transferred to this court by order of the Supreme Court.

This is a companion case with Younger Brothers, Incorporated, v. Frank Power, Jr., 92 S.W.(2d) 1147, wherein we have this day affirmed the judgment of the lower court.

For the reasons therein stated, the judgment of the lower court in this cause is also affirmed.

**YOUNGER BROTHERS, Inc., v. Florence JOHNSON.**

No. 2921.

Court of Civil Appeals of Texas. Beaumont.

March 19, 1936.

John T. Vance, of Edna, and Fulbright, Crooker & Freeman, of Houston, for appellant.

Sewall Myer, of Houston, Rose & Sample, of Edna, and Lewis Fisher, of Houston, for appellee.

COMBS, Justice.

This is a companion case with Younger Brothers, Inc., v. Frank Power, Jr., 92 S. W.(2d) 1147, this day affirmed by this court, and the material facts and issues are the same.

For the reasons stated in the opinion of Chief Justice Walker in the Power Case, the judgment of the trial court overruling the plea of privilege in this case is affirmed.